Ellis Harley BARBER, Plaintiff–
Appellant,

v.

CHIEF JUDGE HOWARD COUNTY
CIRCUIT COURT; Chief Judge Howard County District Court; Commanders and Chiefs of Specific Juris Court
House Ellicott City MD, Defendants–
Appellees.

No. 15–1141.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 16, 2015.

Decided: April 21, 2015.

Ellis Harley Barber, Appellant Pro Se.

U.S.C. § 636(c) (2012).

Before AGEE and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ellis Harley Barber seeks to appeal the district court's order dismissing his complaint against state court judges as barred by the doctrine of judicial immunity. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R.App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R.App. P. 4(a)(5), or reopens the appeal period under Fed. R.App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell,* 551 U.S. 205, 214, 127 S.Ct. 2360, 168 L.Ed.2d 96 (2007).

The district court's order was entered on the docket on June 20, 2014. The notice of appeal was filed on January 15, 2015. Because Barber failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*